**No. 58093.**—Henry Greenberg & Bros. Export & Import Co., Inc., et al. *v.* United States, protests 153077–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and cables similar in all material respects to those the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), the claim of the plaintiffs was sustained.

**No. 58094.**—Robert Mance and Mohegan International Corporation *v.* United States, protest 212904–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw.   Upon the agreed statement of facts, the claim of the plaintiffs was sustained.